UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| CELIA MARTINEZ, and<br>BELINDA FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 5:18-CV-7<br>§<br>§<br>§<br>§ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties having reached full and final settlement of this matter, it is hereby stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-numbered and captioned matter be and is hereby dismissed with prejudice.

01/15/2020
Executed

_____
CELIA MARTINEZ
Plaintiff

1-15-2020
Executed

_____
BELINDA FLORES
Plaintiff

MARTINEZ & ASSOCIATES, PLLC

1/14/20
Executed

_____
DAMOND K. GARZA
Attorney for Plaintiffs

<div style="display: flex; justify-content: space-between;">

<div>
1/15/20
_____
Executed
</div>

<div>
RYAN K. PATRICK
United States Attorney

*/s/ Hector C. Ramirez*
_____
HECTOR C. RAMIREZ
Assistant United States Attorney
Attorney for United States of America
</div>

</div>